452

Submitted April 1; remanded for resentencing, otherwise affirmed May 4, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JEANIE LYNN PARKER,
*Defendant-Appellant.*

Wasco County Circuit Court
19CR36428; A174987

509 P3d 765

Janet L. Stauffer, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant, who was convicted of driving under the influence of intoxicants, ORS 813.010, and sentenced to 18 months of bench probation, argues on appeal that the trial court erred in imposing several conditions of probation because they were not announced in open court at sentencing. The state agrees with defendant that this was error that entitles defendant to resentencing. We agree with and accept the state's concession, and we remand for resentencing. *See State v. Keen*, 304 Or App 89, 466 P3d 95 (2020) (remanding for resentencing when probation condition was not announced in open court).

Remanded for resentencing; otherwise affirmed.